# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 19-14546 |
| Gerarld Marusarz ) | Chapter 13 |
| Deborah Marusarz ) | Judge: Pamela S. Hollis |
| Debtors ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Gerarld Marusarz
Deborah Marusarz
1529 Cottonwood Trail
Yorkville, IL  60560

DAVID CUTLER
4131 MAIN ST
SKOKIE, IL  60076

Please take notice that on September 06, 2019 at 11:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis, at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL  60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on August 29, 2019.

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee

## MOTION TO DISMISS FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtors filed a petition under Chapter 13 on Monday, May 20, 2019.
2. The Debtors have failed to:
    a. Propose a feasible plan that will complete within the maximum 60 month period.
    b. Commence making timely plan payments.
3. As a result, the Debtors have failed to comply with the Bankruptcy Code and have caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350